Timothy P. Thomas, Esq.
Nevada Bar No. 5148
Law Office of Timothy P. Thomas, LLC
1771 E. Flamingo Rd. Suite B-212
Las Vegas, NV 89119
(702) 227-0011 Fax (702) 227-0334
tthomas@tthomaslaw.com
[Proposed] Attorney for Debtor.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ALETHA L. TOWNSON,<br><br><br>                        Debtors. | Case No: 14-17028-ABL<br>Chapter 7<br><br>Date:  October 15, 2015<br>Time:  11:00 am |

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION FOR TURNOVER OF 60 SHARES OF MONSANTO STOCK HELD BY DEBTOR OR IN ALTERNATIVER TO REQUIRE DEBTOR TO GET THE MONSANTO STOCK RE-ISSUED BY A BROKERAGE FIRM OR MONSANTO

ALETHA L. TOWNSON, ("Debtor"), by and through the Law Office of Timothy P. Thomas, LLC, respectfully responses to the Trustee's Motion for Turnover of Monsanto Stock by the Debtor.

## POINTS AND AUTHORITIES

Debtor filed her Voluntary Petition under Chapter 7 of the U.S. Bankruptcy Code on October 21, 2014. Debtor received her discharge in this case.

Debtor listed all known assets on her petition, including possible ownership of 60 shares of Monsanto Stock. This stock was held by Debtor jointly with her late husband. At the time of the filing of the petition, Debtor did not have any means to identify or locate these shares. These shares were demanded to be turned over to the Trustee. Debtor has been searching for any

statement or identification of the stocks to assist the Trustee in good faith.

Debtor recently was able to locate copies of the stock certificates that identify the individually numbered shares and marked with handwritten notes indicating that the certificates were received in May 1995. Pursuant to the representations on the certificates, there are actually 75 shares that were issued at that time. The stock certificates have been surrendered to the Trustee in connection with the filing of this response. A copy of the Receipt of Copy from the Trustee is attached hereto as Exhibit "A".

The Debtor has cooperated and negotiated in good faith with the Trustee to resolve any disputed issues in this case. She did not testify at the 341 meeting that she could locate the stock certificates. In fact, she has always been clear that she was providing all information that she had regarding the stock certificates. The Debtor was always willing to cooperate with the Trustee's efforts to recover the stock.

WHEREFORE, Debtor respectfully requests that this motion for turnover be denied as moot since the stock certificates, and all evidence of such stocks that are in Debtor's possession has been turned over to the Trustee.

Dated this 29th day of September, 2015.

Submitted by:
LAW OFFICE OF TIMOTHY P. THOMAS, LLC

Timothy P. Thomas, Esq.
Nevada State Bar No. 5148
1771 E. Flamingo rd. Suite B-212
Las Vegas, NV 89119
(702)227-0011
[Proposed] counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the following: DEBTOR'S RESPONSE TO TRUSTEE'S MOTION FOR TURNOVER OF 60 SHARES OF MONSANTO STOCK HELD BY DEBTOR OR IN ALTERNATIVER TO REQUIRE DEBTOR TO GET THE MONSANTO STOCK RE-ISSUED BY A BROKERAGE FIRM OR MONSANTO

was served on this 30th of September, 2015, by:

Electronic service to the ECF service matrix and by depositing a true and correct copy of the above in a mailbox of the US Post Office, enclosed in a sealed envelope, postage prepaid thereon, addressed to the following interested parties:

U.S. Trustee Office
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101

Submitted by:

_____
An employee of The Law Office of
Timothy P. Thomas, LLC

-3-

EXHIBIT A

## LAW OFFICE OF TIMOTHY P. THOMAS, LLC

1771 E. Flamingo Rd. Suite B-212  
Las Vegas, NV 89119

Phone: (702)227-0011  
Facsimile: (702)227-0334  
tthomas@tthomaslaw.com

September 29, 2015

Yvette P. Weinstein  
6450 Spring Mountain Rd., #14  
Las Vegas, NV 89146

      Re: ALETHA L. TOWNSON  
      Case No. 14-17028-ABL  
      Hearing: October 15, 2015 @ 11:00 am

### RECEIPT OF COPY

I HEREBY CERTIFY that on the ___29th___ day of September, 2015, I received a copy of the **Original Monsanto Company Common Stock Certificates (7 certificates total)** for the above mentioned client.

Stock Certificate No. that were delivered:

S242707  
S232259  
S175488  
S163776  
S168242  
S249528  
S258276

_____  
Employee to Yvette P. Weinstein